CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 15 2007

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANGELA NICOLE NELSON,<br>Petitioner, | )<br>)<br>) Civil Action No. 7:07CV00141 |
| v. | )<br>) **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>) By: Hon. Glen E. Conrad<br>) United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the respondent's motion to dismiss shall be and hereby is **GRANTED**. Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **STRICKEN** from the active docket of the court. Any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 15th day of August, 2007.

_____
United States District Judge